J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff Augusta del Zotto

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>AUGUSTA DEL ZOTTO<br><br>Debtor. | Bankr. Case No.: 12-31322-HLB<br><br>Chapter 7 |
| AUGUSTA DEL ZOTTO,<br><br>Plaintiff,<br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORP., et al.,<br><br>Defendants. | Adv. Proc. No.: 16-03080<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The parties anticipate filing a Stipulation for Entry of Judgment within 30 days. The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 8, 2017, for filing the stipulation.

//

//

//

//

*Del Zotto v. Educ. Credit Mgmt. Corp., et al..*  AP No. 16-03080
Notice of Settlement Page 1

| | | |
|---|---|---|
| Dated: <u>August 8, 2017</u> | | J. ERIK HEATH, ATTORNEY AT LAW |
| | | */s/ Jon Erik Heath* |
| | | J. ERIK HEATH<br>Attorney for Plaintiff/Debtor<br>AUGUSTA DEL ZOTTO |
| Dated: <u>August 8, 2017</u> | | LAW OFFICES OF MIRIAM HISER |
| | | */s/ Miriam Hiser* |
| | | MIRIAM HISER<br>Attorney for Defendant/Creditor<br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION |

*Del Zotto v. Educ. Credit Mgmt. Corp., et al..*  AP No. 16-03080
Notice of Settlement  Page 2

Case: 16-03080    Doc# 28    Filed: 08/08/17    Entered: 08/08/17 14:47:29    Page 2 of 2