LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorney for Defendant
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

Signed and Filed: August 22, 2017

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AUGUSTA DEL ZOTTO,<br><br>        Debtor. | Case No. 12-31322<br><br>Chapter 7<br><br>Adv. No. 16-03080 |
| AUGUSTA DEL ZOTTO,<br><br>        Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, acting through its Department of Education; EDUCATIONAL CREDIT MANAGEMENT CORPORATION; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; TERI LOAN HOLDINGS, LLC; and NAVIENT CORP.,<br><br>        Defendants. | **JUDGMENT** |

    Pursuant to Stipulation of the parties, attached hereto as Exhibit A and entered on the docket of the Court on August 18, 2017, and good cause appearing,

    IT IS HEREBY ORDERED that the parties' Stipulation is approved and judgment is entered on the terms described therein.

*** END OF ORDER***

No service required.

LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorney for Defendant
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-31322 |
| AUGUSTA DEL ZOTTO, | Chapter 7 |
| Debtor. | Adv. No. 16-03080 |
| AUGUSTA DEL ZOTTO, | **STIPULATION FOR ENTRY OF JUDGMENT** |
| Plaintiff, | |
| v. | |
| THE UNITED STATES OF AMERICA, acting through its Department of Education; EDUCATIONAL CREDIT MANAGEMENT CORPORATION; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; TERI LOAN HOLDINGS, LLC; and NAVIENT CORP., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff AUGUSTA DEL ZOTTO ("Plaintiff") and Defendant EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") that the following facts are true and that judgment be entered in this matter as follows:

**RECITALS**

1. ECMC is the holder of four student loan promissory notes executed by Del Zotto

("the Notes"): a subsidized Federal Stafford note as to which $6,918 was disbursed on or around January 5, 1995 ("Note 1"); a subsidized Federal Stafford note as to which $1,582 was disbursed on or around January 5, 1995 ("Note 2"); a Federal PLUS note as to which $2,800 was disbursed on or around October 2, 2006 ("Note 3"); and a Federal Consolidated note as to which $56,694.95 was disbursed on or around October 14, 2005 ("Note 4"). Each of Notes 1 through 4 is in default. Notes 1 and 2 bear interest at the variable rate of 3.45% per annum. Note 3 bears interest at the fixed rate of 8.5% per annum. Note 4 bears interest at the rate of 3.13% per annum.

2. The Notes evidence student loans made to Del Zotto under a program funded in whole or in part by a governmental unit or nonprofit institution within the meaning of 11 U.S.C. Section 523(a)(8). The program, referred to as the Federal Family Educational Loan Program ("FFELP," formerly known as the Guaranteed Student Loan Program) was established by the Higher Education Act of 1965, as codified at 20 U.S.C. § 1071 *et seq.* ECMC is a private, nonprofit Minnesota corporation and a guaranty agency under the FFELP. Its principal place of business is located at 111 South Washington Avenue, Suite 1400, Minneapolis, Minnesota 55401.

3. The current principle, interest and collection costs balance on the Notes as of July 10, 2017 is $117,527.47.

4. Del Zotto is 58 years old. She has worked at the San Francisco Unified School District as an Instructional Aide II in the Special Education Department since 2012. Her adjusted gross income for 2016 was $23,348. Her approximate adjusted gross income for 2017 will be $12,000. Del Zotto does not own a car or any other assets. She is HIV positive and symptomatic. She also is in remission from "major depressive disorder," is hypothyroid and has hypertension. She takes four medications for these conditions. Del Zotto also receives $1600 a month in non-cash benefits from the Aids Drug Assistance Program to assist in funding her HIV treatments and medications.

5. Based on the facts recited above, the parties agree that repayment of more than $3,000 of the amounts owed on the Notes would constitute an "undue hardship" to Del Zotto

pursuant to 11 U.S.C. Section 523(a)(8).  The parties stipulate that all sums in excess of this amount be discharged pursuant to that section.

6. Each party hereto agrees to bear its own expenses and attorney's fees in connection with the aforementioned lawsuit and claims and any related litigation.

**IT IS SO STIPULATED:**

Dated:  August 18, 2017.                              J. ERIK HEATH, ATTORNEY AT LAW

By: ___/s/ J. Erik Heath___
J. Erik Heath
Attorney for Plaintiff/Debtor
AUGUSTA DEL ZOTTO

Dated:  August 18, 2017.                              LAW OFFICES OF MIRIAM HISER

By: ___/s/ Miriam Hiser___
Miriam Hiser
Attorneys for Defendant
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION